**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RAVENSTAR INVESTMENTS, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1571732 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1700 S. VIRGINIA STREET** <br> **Reno, NV 89502** <br> Number, Street, City, State & ZIP Code | **P.O. BOX 7752** <br> **Reno, NV 89510** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Washoe** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **RAVENSTAR INVESTMENTS, LLC**
_____    Case number *(if known)* _____
Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **RAVENSTAR INVESTMENTS, LLC**                              Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name   _____
            Phone          _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **RAVENSTAR INVESTMENTS, LLC** | Case number (*if known*) |
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2017**
MM / DD / YYYY

**X** **/s/ RONALD L.BRANDON**                                   **RONALD L.BRANDON**
Signature of authorized representative of debtor          Printed name

Title    **MANAGING MEMBER**

**18. Signature of attorney**

**X** **/s/ KEVIN DARBY**                                   Date    **June 16, 2017**
Signature of attorney for debtor                                   MM / DD / YYYY

**KEVIN DARBY**
Printed name

**DARBY LAW PRACTICE**
Firm name

**4777 CAUGHLIN PARKWAY**
**Reno, NV 89519**
Number, Street, City, State & ZIP Code

Contact phone    **7753221237**          Email address    **kevin@darbylawpractice.com**

**7670**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2017**                    X **/s/ RONALD L.BRANDON**
                                                      Signature of individual signing on behalf of debtor

                                                      **RONALD L.BRANDON**
                                                      Printed name

                                                      **MANAGING MEMBER**
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | RAVENSTAR INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BRANDON FAMILY TRUST P.O. BOX 7752 Reno, NV 89510 | | LOAN | | | | $12,200.00 |
| CITY OF RENO 1 E 1ST STREET Reno, NV 89501 | | UNPAID SEWER BILLS  RELATED TO PRIOR PROPERTY OWNERS | | | | $725.00 |
| Estate of Wayne Brandon | | Loan to Company | | | | $25,000.00 |
| JOEY JOHNSTON 6453 CADDO CT Sun Valley, NV 89433 | | Security Deposit | | | | $980.00 |
| KARLON KIDDER, ESQ. 6405 S Virginia St Reno, NV 89511 | | LEGAL SERVICES | | | | $2,500.00 |
| KELLY WATTS 8975 SILVERKIST DR Reno, NV 89509 | | Security Deposit | | | | $1,100.00 |
| MARGARET WRIGHT 5794 APRICOT CT Sun Valley, NV 89433 | | Security Deposit | | | | $1,000.00 |
| RENO INVESTMENT GROUP P.O. BOX 7752 Reno, NV 89510 | | LOAN | | | | $3,500.00 |
| RONALD L BRANDON P.O. BOX 7752 Reno, NV 89510 | | 8975 SILVERKIST DR RENO, NV 89509 APN 554-241-20 | | $25,000.00 | $230,000.00 | $11,260.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **RAVENSTAR INVESTMENTS, LLC**        Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SHIRLEY KINNE** P.O. BOX 7752 Reno, NV 89510 | | **5794 APRICOT CT SUN VALLEY, NV 89433 APN 504-641-28** | | **$25,000.00** | **$235,000.00** | **$10,000.00** |
| **SIERRA ASSET MANAGEMENT** P.O. BOX 7752 Reno, NV 89510 | | **LOAN** | | | | **$1,200.00** |
| **SUN VALLEY GENERAL IMPROVEMENT DISTRICT** 5000 Sun Valley Blvd Sun Valley, NV 89433 | | | | | | **$0.00** |
| **TIFFANY OWENS** 6438 SERRANO COURT Sun Valley, NV 89433 | | **Security Deposit** | | | | **$950.00** |
| **WALSH, BAKER, ROSEVEAR & LOOMIS , PC** 9468 Double R Blvd. Reno, NV 89521 | | **LEGAL SERVICES** | | | | **$5,063.40** |
| **WASHOE COUNTY TREASURER** 1001 E 9th St Reno, NV 89512 | | **5282 ALLEGHENY STREET** | | | | **$725.00** |
| **WASTE MANAGEMENT** 1001 Fannin Street Houston, TX 77002 | | **UNPAID GARBAGE CLAIMS/LIENS** | | | | **$1,294.08** |
| **WELLS FARGO BANK, TRUSTEE IMH ASSETS CORP. - SERIES 2005-3** 420 Montgomery Street San Francisco, CA 94104 | | **490 TULAROSA COURT RENO, NV 89511 APN: 152-215-03** | **Contingent Unliquidated Disputed** | **$877,850.00** | **$625,000.00** | **$252,850.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................   $    **2,644,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................   $    **6,180.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................   $    **2,650,180.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **2,539,328.01**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **725.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **55,512.48**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b        $    **2,595,565.49**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
    amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)           Type of account              Last 4 digits of account number

| | | | |
| --- | --- | --- | --- |
| 3.1. **NEVADA STATE BANK** | CHECKING ACCOUNT | 6776 | $2,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                          | $2,000.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 4,180.00 | - | 0.00 | = .... | $4,180.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor  **RAVENSTAR INVESTMENTS, LLC**　　　　　　　　　Case number *(If known)* _____
　　　　　Name

| 12. | **Total of Part 3.** | | |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | **$4,180.00** |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.　　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **6438 SERRANO CT SUN VALLEY, NV 89433 APN: 508-261-28** | **Fee Simple** | **$0.00** | | **$225,000.00** |

Debtor    **RAVENSTAR INVESTMENTS, LLC**                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **6453 CADDO CT**<br>**SUN VALLEY, NV**<br>**89433**<br>**APN 508-301-11** | Fee Simple | $0.00 | $230,000.00 |
| 55.3. | **8975 SILVERKIST DR**<br>**RENO, NV 89509**<br>**APN 554-241-20** | Fee Simple | $0.00 | $230,000.00 |
| 55.4. | **5794 APRICOT CT**<br>**SUN VALLEY, NV**<br>**89433**<br>**APN 504-641-28** | Fee Simple | $0.00 | $235,000.00 |
| 55.5. | **5282 ALLEGHENY ST**<br>**RENO, NV 89506**<br>**APN: 086-772-06** | Fee Simple | $0.00 | $75,000.00 |
| 55.6. | **490 TULAROSA**<br>**COURT**<br>**RENO, NV 89511**<br>**APN: 152-215-03** | Fee Simple | $0.00 | $625,000.00 |
| 55.7. | **6281 COPPER RIDGE**<br>**RENO, NV 89509**<br>**042-230-32** | Fee Simple | $0.00 | $699,000.00 |
| 55.8. | **4832 MEADOW**<br>**SPRINGS**<br>**RENO, NV 89509**<br>**APN: 024-173-08** | Fee Simple | $0.00 | $325,000.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | |
    |---|
    | **$2,644,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor  **RAVENSTAR INVESTMENTS, LLC**                     Case number *(If known)* _____
         <sub>Name</sub>

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **RAVENSTAR INVESTMENTS, LLC**
Name

Case number *(If known)*

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,180.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $2,644,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,180.00 | + 91b. $2,644,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,650,180.00 |

**Fill in this information to identify the case:**

Debtor name **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **BANK OF AMERICA** | | **$216,260.00** | **$230,000.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**8975 SILVERKIST DR**
**RENO, NV 89509**
**APN 554-241-20**

**100 North Tryon Street**
**Charlotte, NC 28255**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2006**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BANK OF AMERICA**
**2. RONALD L BRANDON**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **BANK OF NEW YORK MELLON, TRUSTEE** | | **$176,400.00** | **$225,000.00** |
|---|---|---|---|---|

Creditor's Name

**FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-32CB**
**225 Liberty Street**
**New York, NY 10286**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**6438 SERRANO CT**
**SUN VALLEY, NV 89433**
**APN: 508-261-28**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

Debtor    **RAVENSTAR INVESTMENTS, LLC**                          Case number (if know) _____

_____ Name _____

**6/28/2006**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BANK OF NEW YORK MELLON, TRUSTEE**
**2. ESTATE OF WAYNE BRANDON**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **CITIBANK, TRUSTEE** |
|---|---|

Creditor's Name

**NRZ PASS-THROUGH TRUST VI**
**60 LIVINGSTON AVE.**
**MAILCODE: EP-MN-WS3D**
**Saint Paul, MN 55107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/4/2006**
**Last 4 digits of account number**
**8479**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**4832 MEADOW SPRINGS**
**RENO, NV 89509**
**APN: 024-173-08**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$203,829.01          $325,000.00

---

| 2.4 | **ESTATE OF WAYNE BRANDON** |
|---|---|

Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**6438 SERRANO CT**
**SUN VALLEY, NV 89433**
**APN: 508-261-28**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00          $225,000.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **RAVENSTAR INVESTMENTS, LLC**
     Name

Case number (if know) _____

---

| 2.5 | **HOME 123 CORPORATION** | Describe debtor's property that is subject to a lien | $220,000.00 | $235,000.00 |

Creditor's Name

**NEW CENTURY FINANCIAL
18400 VON KARMAN SUITE
1000
Irvine, CA 92612**
Creditor's mailing address

**5794 APRICOT CT
SUN VALLEY, NV  89433
APN 504-641-28**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/12/2006**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. HOME 123
CORPORATION
2. SHIRLEY KINNE**

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **NATIONSTAR MORTGAGE** | Describe debtor's property that is subject to a lien | $189,989.00 | $230,000.00 |

Creditor's Name

**8950 CYPRESS WATERS
BLVD
Coppell, TX 75019**
Creditor's mailing address

**6453 CADDO CT
SUN VALLEY, NV  89433
APN 508-301-11**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/30/2004**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **NATIONSTAR MORTGAGE** | Describe debtor's property that is subject to a lien | $580,000.00 | $699,000.00 |

Creditor's Name

**8950 CYPRESS WATERS
BLVD
Coppell, TX 75019**
Creditor's mailing address

**6281 COPPER RIDGE
RENO, NV 89509
042-230-32**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **RAVENSTAR INVESTMENTS, LLC**                                   Case number (if know) _____
_____
Name

**Date debt was incurred**                     ■ No
**4/28/2005**                                  □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           ■ Contingent
□ Yes. Specify each creditor,                  ■ Unliquidated
including this creditor and its relative       ■ Disputed
priority.

---

| 2.8 | **RONALD L BRANDON** | **Describe debtor's property that is subject to a lien** | $25,000.00 | $230,000.00 |

Creditor's Name

**P.O. BOX 7752**                              **8975 SILVERKIST DR**
**Reno, NV 89510**                             **RENO, NV 89509**
Creditor's mailing address                     **APN 554-241-20**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
□ No
Creditor's email address, if known            ■ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
□ No                                           □ Contingent
■ Yes. Specify each creditor,                  □ Unliquidated
including this creditor and its relative       □ Disputed
priority.
**Specified on line 2.1**

---

| 2.9 | **SHIRLEY KINNE** | **Describe debtor's property that is subject to a lien** | $25,000.00 | $235,000.00 |

Creditor's Name

**P.O. BOX 7752**                              **5794 APRICOT CT**
**Reno, NV 89510**                             **SUN VALLEY, NV  89433**
Creditor's mailing address                     **APN 504-641-28**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
□ No
Creditor's email address, if known            ■ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
□ No                                           □ Contingent
■ Yes. Specify each creditor,                  □ Unliquidated
including this creditor and its relative       □ Disputed
priority.
**Specified on line 2.5**

---

| 2.1 0 | **WELLS FARGO BANK, TRUSTEE** | **Describe debtor's property that is subject to a lien** | $877,850.00 | $625,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **RAVENSTAR INVESTMENTS, LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name<br><br>**IMH ASSETS CORP. -**<br>**SERIES 2005-3**<br>420 Montgomery Street<br>San Francisco, CA 94104<br>Creditor's mailing address | **490 TULAROSA COURT**<br>**RENO, NV 89511**<br>**APN: 152-215-03**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>**2/3/2005**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$2,539,328.01** |

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BANK OF AMERICA**<br>**AKERMAN LLP**<br>**1160 Town Center Drive, Suite 330**<br>**Las Vegas, NV 89144** | Line  **2.1** | |
| **BANK OF NEW YORK MELLON**<br>**C/O AKERMAN LLP**<br>**1160 Town Center Drive, Suite 330**<br>**Las Vegas, NV 89144** | Line  **2.2** | |
| **BARRETT DAFFIN FRAPPIER TREDER & WEISS**<br>**4004 BELT LINE ROAD, SUITE 100**<br>**Addison, TX 75001-4320** | Line  **2.3** | **0610** |
| **FAY SERVICING, LLC**<br>**440 SOUTH LA SALLE STREET**<br>**SUITE 2000**<br>**Chicago, IL 60605** | Line  **2.3** | **8479** |
| **NATIONSTAR MORTGAGE**<br>**ACKERMAN LLP**<br>**1160 Town Center Drive, Suite 330**<br>**Las Vegas, NV 89114** | Line  **2.6** | |
| **QUALITY LOAN SERVICING**<br>**411 IVY STREET**<br>**San Diego, CA 92101** | Line  **2.7** | **80AB** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**PO BOX 21126**<br>**DPN 781**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|-----|----|----|----|----|
|  | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY - NO TAXES OWED** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**WASHOE COUNTY TREASURER**<br>**1001 E 9th St**<br>**Reno, NV 89512** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$725.00** | **$725.00** |
|-----|----|----|----|----|
|  | Date or dates debt was incurred | Basis for the claim:<br>**5282 ALLEGHENY STREET** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **RAVENSTAR INVESTMENTS, LLC**

Name        Case number *(if known)*

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,200.00 |
|---|---|---|---|

**BRANDON FAMILY TRUST**
**P.O. BOX 7752**
**Reno, NV 89510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

**CITY OF RENO**
**1 E 1ST STREET**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **UNPAID SEWER BILLS  RELATED TO PRIOR PROPERTY OWNERS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Estate of Wayne Brandon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan to Company**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.00 |
|---|---|---|---|

**JOEY JOHNSTON**
**6453 CADDO CT**
**Sun Valley, NV 89433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**KARLON KIDDER, ESQ.**
**6405 S Virginia St**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**KELLY WATTS**
**8975 SILVERKIST DR**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**MARGARET WRIGHT**
**5794 APRICOT CT**
**Sun Valley, NV 89433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Security Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **RAVENSTAR INVESTMENTS, LLC**
_____
Name

Case number *(if known)* _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |

**RENO INVESTMENT GROUP**
**P.O. BOX 7752**
**Reno, NV 89510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LOAN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |

**SIERRA ASSET MANAGEMENT**
**P.O. BOX 7752**
**Reno, NV 89510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LOAN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**SUN VALLEY GENERAL IMPROVEMENT DISTRICT**
**5000 Sun Valley Blvd**
**Sun Valley, NV 89433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |

**TIFFANY OWENS**
**6438 SERRANO COURT**
**Sun Valley, NV 89433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,063.40 |

**WALSH, BAKER, ROSEVEAR & LOOMIS , PC**
**9468 Double R Blvd.**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **LEGAL SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.08 |

**WASTE MANAGEMENT**
**1001 Fannin Street**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNPAID GARBAGE CLAIMS/LIENS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

Debtor    **RAVENSTAR INVESTMENTS, LLC**          Case number (if known) _____
          Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **725.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **55,512.48** |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ **56,237.48** |

**Fill in this information to identify the case:**

Debtor name    **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **RESIDENTIAL LEASE AGREEMENT FOR 6453 CADDO CT, SUN VALLEY, NV 89433 MONTHLY LEASE AMOUNT: $1,050.00** | |
| State the term remaining | | |
| List the contract number of any government contract | | **JOEY JOHNSTON 6453 CADDO CT Sun Valley, NV 89433** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **RESIDENTIAL LEASE AGREEMENT FOR 8975 SILVERKIST DR, RENO, NV 89509 MONTHLY LEASE AMOUNT: $1,100.00** | |
| State the term remaining | | |
| List the contract number of any government contract | | **KELLY WATTS 8975 SILVERKIST DR Reno, NV 89509** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **RESIDENTIAL LEASE AGREEMENT FOR 5794 APRICOT CT, SUN VALLEY, NV 89433 MONTHLY LEASE AMOUNT: $1,080.00** | |
| State the term remaining | | |
| List the contract number of any government contract | | **MARGARET WRIGHT 5794 APRICOT CT Sun Valley, NV 89433** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **RESIDENTIAL LEASE AGREEMENT FOR 6438 SERRANO CT, SUN VALLEY, NV 89433 MONTHLY LEASE AMOUNT: $950.00** | **TIFFANY OWENS 6438 SERRANO COURT Sun Valley, NV 89433** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **RAVENSTAR INVESTMENTS, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

**Fill in this information to identify the case:**

Debtor name **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 ALYSE A VICKERS | | BANK OF AMERICA | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 CHRIS P. & CHRISTINA A. SPOON | | HOME 123 CORPORATION | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 HOW TZU HUANG | ORIGINAL BORROWER HOW TZU HUANG DIED ON 12/23/2008 | CITIBANK, TRUSTEE | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 KYLE K NATENSTEDT | | NATIONSTAR MORTGAGE | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 ROSSANA MARTINEZ ACOSTA | | BANK OF NEW YORK MELLON, TRUSTEE | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **RAVENSTAR INVESTMENTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rental Income** | **$205,500.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Rental Income** | **$38,960.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Rental Income** | **$45,210.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | RAVENSTAR INVESTMENTS, LLC | Case number *(if known)* |
|---|---|---|

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BANK OF NEW YORK MELLON v. RAVENSTAR INVESTMENTS, LLC ET AL<br>17-CV-00166-RCJ-VPC | QUIET TITLE | US DISTRICT COURT | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | NATIONSTAR MORTGAGE LLC V. GALE KERN & ASSOCIATES, ET AL<br>16-CV-00638-MMD-VPC | QUIET TITLE | US DISTRICT COURT RENO, NV | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | BANK OF AMERICA v. SILVER TERRACE HOA, et al<br>16-cv-00714-MMD-WGC | QUIET TITLE | US DISTRICT COURT RENO, NV | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | RAVENSTAR INVESTMENTS, LLC v. BANK OF AMERICA, N.A.<br>CV-15-00737 | QUIET TITLE | SECOND JUDICIAL DISTRICT COURT STREET Reno, NV 89501 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **RAVENSTAR INVESTMENTS, LLC**                    Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

Debtor    **RAVENSTAR INVESTMENTS, LLC**    Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **RAVENSTAR INVESTMENTS, LLC** | Case number *(if known)* | |

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **RAVENSTAR INVESTMENTS, LLC**                                    Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RONALD L BRANDON | P.O. BOX 7752<br>Reno, NV 89510 | MANAGING MEMBER | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6

Debtor    **RAVENSTAR INVESTMENTS, LLC**                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2017**

**/s/ RONALD L.BRANDON**                          **RONALD L.BRANDON**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **MANAGING MEMBER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **RAVENSTAR INVESTMENTS, LLC**
Debtor(s)

Case No. _____
Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **0.00** |
| Prior to the filing of this statement I have received | $ **0.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 16, 2017**
_____
*Date*

**/s/ KEVIN DARBY**
**KEVIN DARBY**
*Signature of Attorney*
**DARBY LAW PRACTICE**
**4777 CAUGHLIN PARKWAY**
**Reno, NV 89519**
**7753221237  Fax: 7759967290**
**kevin@darbylawpractice.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re  **RAVENSTAR INVESTMENTS, LLC** _____  Case No. _____
                                    Debtor(s)               Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RONALD L BRANDON**<br>**P.O. BOX 7752**<br>**Reno, NV 89510** | **COMMON** | **100%** | **MEMBERSHIP** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 16, 2017** _____     Signature  **/s/ RONALD L.BRANDON** _____
                                                              **RONALD L.BRANDON**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re   **RAVENSTAR INVESTMENTS, LLC**      Case No. _____

Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 16, 2017**           **/s/ RONALD L.BRANDON**

**RONALD L.BRANDON**/**MANAGING MEMBER**
Signer/Title

RAVENSTAR INVESTMENTS, LLC
P.O. BOX 7752
Reno, NV 89510

KEVIN DARBY
DARBY LAW PRACTICE
4777 CAUGHLIN PARKWAY
Reno, NV 89519

ALYSE A VICKERS


BANK OF AMERICA
100 North Tryon Street
Charlotte, NC 28255

BANK OF AMERICA
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

BANK OF NEW YORK MELLON
C/O AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

BANK OF NEW YORK MELLON, TRUSTEE
FOR THE CERTIFICATEHOLDERS CWALT, INC.
ALTERNATIVE LOAN TRUST 2006-32CB
225 Liberty Street
New York, NY 10286

BARRETT DAFFIN FRAPPIER TREDER & WEISS
Acct No TSN 00000006060610
4004 BELT LINE ROAD, SUITE 100
Addison, TX 75001-4320

BRANDON FAMILY TRUST
P.O. BOX 7752
Reno, NV 89510

CHRIS P. & CHRISTINA A. SPOON


CITIBANK, TRUSTEE
Acct No xxx8479
NRZ PASS-THROUGH TRUST VI
60 LIVINGSTON AVE.
MAILCODE: EP-MN-WS3D
Saint Paul, MN 55107

CITY OF RENO
1 E 1ST STREET
Reno, NV 89501

ESTATE OF WAYNE BRANDON


FAY SERVICING, LLC
Acct No 3378479
440 SOUTH LA SALLE STREET
SUITE 2000
Chicago, IL 60605

HOME 123 CORPORATION
NEW CENTURY FINANCIAL
18400 VON KARMAN SUITE 1000
Irvine, CA 92612

HOW TZU HUANG


IRS
PO BOX 21126
DPN 781
Philadelphia, PA 19114

JOEY JOHNSTON
6453 CADDO CT
Sun Valley, NV 89433

KARLON KIDDER, ESQ.
6405 S Virginia St
Reno, NV 89511

KELLY WATTS
8975 SILVERKIST DR
Reno, NV 89509

KYLE K NATENSTEDT


MARGARET WRIGHT
5794 APRICOT CT
Sun Valley, NV 89433

NATIONSTAR MORTGAGE
8950 CYPRESS WATERS BLVD
Coppell, TX 75019

NATIONSTAR MORTGAGE
8950 CYPRESS WATERS BLVD
Coppell, TX 75019

NATIONSTAR MORTGAGE
ACKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89114

QUALITY LOAN SERVICING
Acct No TS No.:NV-17-771480-AB
411 IVY STREET
San Diego, CA 92101

RENO INVESTMENT GROUP
P.O. BOX 7752
Reno, NV 89510

RONALD L BRANDON
P.O. BOX 7752
Reno, NV 89510

ROSSANA MARTINEZ ACOSTA

SHIRLEY KINNE
P.O. BOX 7752
Reno, NV 89510

SIERRA ASSET MANAGEMENT
P.O. BOX 7752
Reno, NV 89510

SUN VALLEY GENERAL IMPROVEMENT DISTRICT
5000 Sun Valley Blvd
Sun Valley, NV 89433

TIFFANY OWENS
6438 SERRANO COURT
Sun Valley, NV 89433

WALSH, BAKER, ROSEVEAR & LOOMIS , PC
9468 Double R Blvd.
Reno, NV 89521

WASHOE COUNTY TREASURER
1001 E 9th St
Reno, NV 89512

WASTE MANAGEMENT
1001 Fannin Street
Houston, TX 77002

WELLS FARGO BANK, TRUSTEE
IMH ASSETS CORP. - SERIES 2005-3
420 Montgomery Street
San Francisco, CA 94104

# United States Bankruptcy Court
## District of Nevada

In re  **RAVENSTAR INVESTMENTS, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **RAVENSTAR INVESTMENTS, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 16, 2017

Date

**/s/ KEVIN DARBY**

**KEVIN DARBY**

Signature of Attorney or Litigant

Counsel for  **RAVENSTAR INVESTMENTS, LLC**

**DARBY LAW PRACTICE**
**4777 CAUGHLIN PARKWAY**
**Reno, NV 89519**
**7753221237 Fax:7759967290**
**kevin@darbylawpractice.com**